UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH & SUN RESEARCH, INC.
D/B/A KAVA KAVA INTL. AND
VEGAS TAN,

    Plaintiff

v.                                        CASE NO:

DESIGNER SKIN LLC
    Defendant.                        JURY TRIAL REQUESTED
_____/

## COMPLAINT FOR UNFAIR COMPETITION AND TRADEMARK INFRINGEMENT

Plaintiff Health & Sun Research, Inc. d/b/a Kava Kava Intl. and Vegas Tan ("Health & Sun") hereby files its Complaint against Defendant Designer Skin LLC ("Defendant").

### PARTIES

1. Health & Sun is a Florida corporation with its principal place of business in Oldsmar, Florida.

2. Upon information and belief, Defendant is an Arizona limited liability company with its principal place of business in Indianapolis, Indiana.

### JURISDICTION AND VENUE

3. This Court has personal jurisdiction over Defendant because, upon information and belief, for many years Defendant has been engaged in the manufacture and sale of indoor tanning lotions, including throughout Florida and this judicial district and division, which infringe Health & Sun's trademarks as alleged herein. Accordingly, Defendant has sufficient minimum contacts with the State so as to be subject to jurisdiction in Florida.

4. This is an action for false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and for trademark infringement and unfair competition under the common law of Florida.

5. This Court has jurisdiction over the subject matter of this action pursuant to Section 39 of the Lanham Act, 15 U.S.C. § 1121; pursuant to Chapter 85 of the Judiciary and Judicial Procedure Code, 28 U.S.C. §§ 1331 and 1338; pursuant to diversity of citizenship, 28 U.S.C. § 1332; and has supplemental jurisdiction over claims under state law under 28 U.S.C. § 1367(a).

6. Venue is proper in this Court under 28 U.S.C. §1391(b)-(c).

## HEALTH & SUN'S TRADEMARKS

7. Health & Sun manufactures, markets and sells products for consumer use in connection with indoor tanning beds. Specifically, Health & Sun, through its various fictitious names (including Kava Kava Intl. and Vegas Tan) sells a broad line of indoor tanning lotions.

8. Since at least as early as October 2001 and continuously thereafter, Health & Sun has sold an indoor tanning lotion product under the trademark PURPLE RAIN.

9. Additionally, since at least as early as April 2005 and continuously thereafter, Health & Sun has sold an indoor tanning lotion product under the trademark ROYAL FLUSH.

10. Health & Sun has invested significant efforts into the development and marketing of the PURPLE RAIN and ROYAL FLUSH (collectively, "Health & Sun's Marks") branded products and as a result such, Health & Sun has developed valuable goodwill and common law rights in the Health & Sun Marks in Florida and throughout the United States. Photos of the products bearing the Health & Sun Marks are attached as Exhibit A.

11. The Health & Sun Marks are each inherently distinctive and serve to identify and indicate the source of Health & Sun's products to the consuming public throughout the United States; moreover, the Health & Sun Marks serve to distinguish Health & Sun's products from the products of others.

## DEFENDANT'S INFRINGING ACTIVITIES AND THEIR EFFECTS ON HEALTH & SUN

### A. PURPLE REIGN Tanning Lotion

12. On information and belief, Defendant is engaged in commerce in this judicial district in the business of offering indoor tanning lotion products using the name PURPLE REIGN. Attached hereto as Exhibit B is a photo of Defendant's PURPLE REIGN product.

13. Defendant's use of the confusingly similar PURPLE REIGN mark in commerce in connection with indoor tanning lotion products is without the permission, license or authority of Health & Sun.

14. Defendant's use of the confusingly similar PURPLE REIGN mark is a colorable imitation of Health & Sun's PURPLE RAIN mark.

15. On information and belief, Defendant adopted and began using the confusingly similar PURPLE REIGN mark in connection with indoor tanning lotion products after Health & Sun's adoption and use of the PURPLE RAIN mark.

16. Defendant knew that its use of the PURPLE REIGN mark in connection with indoor tanning lotion products infringed upon Health & Sun's PURPLE RAIN mark.

17. Defendant's unauthorized use of the confusingly similar PURPLE REIGN mark is likely to cause confusion, to cause mistake, and/or deceive customers and potential customers of the respective parties, as to some presumed but nonexistent affiliation, connection, sponsorship

or association of Defendant with Health & Sun, or as to the origin, sponsorship, or approval of Defendant's products and services by Health & Sun.

18. Defendant's unauthorized use of the confusingly similar PURPLE REIGN mark indicates to the purchasing public that Defendant, its products, and/or its services originate with Health & Sun, or are affiliated, connected or associated with Health & Sun, or are sponsored, endorsed, or approved by Health & Sun.

19. Defendant's unauthorized use of the confusingly similar PURPLE REIGN mark falsely designates the origin of Defendant's products and services, and falsely and misleadingly describes and represents with respect to Defendant and its products and services.

20. Defendant's unauthorized use of the confusingly similar PURPLE REIGN mark enables Defendant to call attention to its company and its products and services, and to trade on and receive the benefit of the goodwill built up at great labor and expense over many years by Health & Sun and to gain acceptance for its products and services not solely on its own merits, but as a free ride on the reputation and good will of Health & Sun and its marks.

21. Defendant's unauthorized use of the confusingly similar PURPLE REIGN mark places the valuable reputation and goodwill of Health & Sun in the hands of Defendant, over whom Health & Sun exercises no quality control nor over whom Health & Sun has a right to exercise quality control.

**B. ROYAL FLUSH Tanning Lotion**

22. On information and belief, Defendant is engaged in commerce in this judicial district in the business of offering indoor tanning lotion products using the name ROYAL FLUSH. Attached hereto as Exhibit C is a photo of Defendant's ROYAL FLUSH product.

- 5 -

23. Defendant's use of the identical ROYAL FLUSH mark in commerce in connection with indoor tanning lotion products is without the permission, license or authority of Health & Sun.

24. On information and belief, Defendant adopted and began using the identical ROYAL FLUSH mark in connection with indoor tanning lotion products after Health & Sun's adoption and use of the ROYAL FLUSH mark.

25. Defendant knew that its use of the ROYAL FLUSH mark in connection with indoor tanning lotion products infringed upon Health & Sun's ROYAL FLUSH mark.

26. Defendant's unauthorized use of the ROYAL FLUSH mark is likely to cause confusion, to cause mistake, and/or deceive customers and potential customers of the respective parties, as to some presumed but nonexistent affiliation, connection, sponsorship or association of Defendant with Health & Sun, or as to the origin, sponsorship, or approval of Defendant's products and services by Health & Sun.

27. Defendant's unauthorized use of the ROYAL FLUSH mark indicates to the purchasing public that Defendant, its products, and/or its services originate with Health & Sun, or are affiliated, connected or associated with Health & Sun, or are sponsored, endorsed, or approved by Health & Sun.

28. Defendant's unauthorized use of the ROYAL FLUSH mark falsely designates the origin of Defendant's products and services, and falsely and misleadingly describes and represents with respect to Defendant and its products and services.

29. Defendant's unauthorized use of the ROYAL FLUSH mark enables Defendant to call attention to its company and its products and services, and to trade on and receive the benefit of the goodwill built up at great labor and expense over many years by Health & Sun and to gain

acceptance for its products and services not solely on its own merits, but as a free ride on the reputation and good will of Health & Sun and its marks.

30. Defendant's unauthorized use of the ROYAL FLUSH mark places the valuable reputation and goodwill of Health & Sun in the hands of Defendant, over whom Health & Sun exercises no quality control nor over whom Health & Sun has a right to exercise quality control.

31. Unless this Court restrains these acts of Defendant with respect to its infringement of both the PURPLE REIGN and ROYAL FLUSH trademarks, Defendant will continue to cause irreparable injury to Health & Sun and to the public, for which there is no adequate remedy at law.

## COUNT ONE:
## FALSE DESIGNATION OF ORIGIN

32. Health & Sun repeats the allegations in paragraphs 1-31 above as if fully set forth herein.

33. The acts of Defendant complained of herein constitute unfair competition and trade name infringement in violation of 15 U.S.C. § 1125(a).

34. Upon information and belief, Defendant is using the marks PURPLE REIGN and ROYAL FLUSH with full knowledge of Health & Sun's rights, and in bad faith with willful and deliberate intent to trade on Health & Sun's goodwill. In view of the willful nature of Defendant's infringement and unfair competition, this is an exceptional case within the meaning of 15 U.S.C. § 1117(a).

## COUNT TWO:
## COMMON LAW TRADEMARK INFRINGEMENT UNDER FLORIDA LAW

35. Health & Sun repeats the allegations in paragraphs 1-31 above as if fully set forth herein.

36. The acts of Defendant complained of herein constitute trademark and trade name infringement in violation of the common law of Florida.

### COUNT THREE:
### COMMON LAW UNFAIR COMPETITION

37. Health & Sun repeats the allegations in paragraphs 1-31 above as if fully set forth herein.

38. The acts of Defendant complained of herein constitute unfair competition in violation of the common law of the State of Florida.

### REQUEST FOR JURY TRIAL

Health & Sun requests a trial by jury.

### PRAYER FOR RELIEF

Wherefore, Health & Sun prays that this Court enter a Final Judgment that:

a) Defendant has infringed the rights of Health & Sun in its PURPLE REIGN and ROYAL FLUSH marks.

b) Defendant, its officers, agents, servants, employees, attorneys, affiliated companies and all those persons in active concert or participation with them, be preliminarily permanently enjoined and restrained from using, registering or applying to register any trade name, Internet domain name, Internet metatag, corporate name, trademark or service mark which incorporates the words PURPLE REIGN and ROYAL FLUSH for indoor tanning lotion or related products or services.

c) Defendant provide an accounting of the illegal profits obtained from Defendant's infringing activities and hold in trust for the benefit of Health & Sun such illegal profits.

d) Defendant be required to deliver to the Court for destruction, or show proof of destruction of, any and all labels, signs, prints, packages, wrappers, receptacles, advertisements, and any other materials in Defendant's possession, custody or control which uses, bears or depicts, a name incorporating the words PURPLE REIGN or ROYAL FLUSH for indoor tanning lotion or related products or services.

e) Health & Sun be awarded all general, special, and actual damages, as provided under the Lanham Act and Florida law.

f) Defendant be ordered to file with this Court, and to serve upon Health & Sun, within thirty (30) days after entry and service on Defendant of an injunction, a report in writing, and under oath setting forth in detail the manner and form in which Defendant has complied with the injunction.

g) Health & Sun recover its reasonable attorney fees.

h) Health & Sun recover its costs of this action and prejudgment and post-judgment interest.

i) Health & Sun recover such other relief as the Court may deem appropriate.

Dated: **October 11, 2012**

Respectfully submitted,

HARVEY S. KAUGET (#116254)
ERIC R. PELLENBARG (#556610)
Phelps Dunbar LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: (813) 472-7550
Telecopy: (813) 472-7570
E-mail: kaugeth@phelps.com
E-mail: pellenbe@phelps.com

Counsel for Health & Sun

PD.7865950.1