UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH & SUN RESEARCH, INC.
    D/B/A KAVA KAVA INTL. AND
    VEGAS TAN,

    Plaintiff,                            Civil Action No. 8:12-cv-02319-VMC-MAP

v.

                                             DEMAND FOR JURY TRIAL

DESIGNER SKIN LLC,

    Defendant.

## ANSWER TO COMPLAINT

The Defendant, Designer Skin, LLC, by their attorneys in answer to Plaintiff's complaint, state:

## PARTIES

1. Designer Skin is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1, and therefore denies all allegations of paragraph 1.

2. Admitted.

## JURISDICTION AND VENUE

3. Denied.

4. Denied.

5. Denied.

6. Denied.

## HEALTH & SUN'S TRADEMARKS

7. Designer Skin is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7, and therefore denies all allegations of paragraph 7.

8. Designer Skin is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 8, and therefore denies all allegations of paragraph 8.

9. Designer Skin is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 9, and therefore denies all allegations of paragraph 9.

10. Designer Skin is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10, and therefore denies all allegations of paragraph 10.

11. Designer Skin is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 11, and therefore denies all allegations of paragraph 11.

## DEFENDANT'S INFRINGING ACTIVITIES AND THEIR EFFECTS ON HEALTH & SUN

**A.     PURPLE REIGN Tanning Lotion**

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

**B.     ROYAL FLUSH Tanning Lotion**

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

<u>**COUNT ONE:**</u><br>**FALSE DESIGNATION OF ORIGIN**

32. Defendant Designer Skin realleges and incorporates herein its responses to paragraphs 1-31.

33. Denied.

34. Denied.

<u>**COUNT TWO:**</u><br>**COMMON LAW TRADEMARK INFRINGEMENT UNDER FLORIDA LAW**

35. Defendant Designer Skin realleges and incorporates herein its responses to paragraphs 1-34.

36. Denied.

## COUNT THREE:
## COMMON LAW UNFAIR COMPETITION

37. Defendant Designer Skin realleges and incorporates herein its responses to paragraphs 1-36.

38. Denied.

## AFFIRMATIVE DEFENSES

### Abandonment

1. Upon information and belief, Plaintiff is not currently selling or offering for sale any products using the mark PURPLE RAIN.

2. Upon information and belief, Plaintiff has not sold or offered for sale any products using the mark PURPLE RAIN for more than three years.

3. Upon information and belief, Plaintiff has abandoned any rights that it may have owned in the mark PURPLE RAIN due to non-use of the mark.

4. Upon information and belief, Plaintiff is not currently selling or offering for sale any products using the mark ROYAL FLUSH.

5. Upon information and belief, Plaintiff has not sold or offered for sale any products using the mark ROYAL FLUSH for more than three years.

6. Upon information and belief, Plaintiff has abandoned any rights that it may have owned in the mark ROYAL FLUSH due to non-use of the mark.

### Laches/Acquiescence

7. On August 5, 2011, counsel for Plaintiff contacted Defendant and claimed trademark rights in the trademarks PURPLE RAIN and ROYAL FLUSH.

8. On August 5, 2011 counsel for Defendant replied and requested Plaintiff to supply evidence of current use of the PURPLE RAIN and ROYAL FLUSH marks.

9. Plaintiff's counsel sent a one-sentence reply email on August 5, 2011 stating, "The products are still available." No evidence was included with that email.

10. On August 12, 2011, counsel for Defendant sent Plaintiff's counsel a letter requesting, "specific, factual evidence where and how the ROYAL FLUSH and PURPLE RAIN products are still available?"

11. Plaintiff did not respond to the August 12, 2011 request for evidence that the products are still available.

12. Defendant received no communication from Plaintiff regarding this matter after August 5, 2011 until the present complaint was filed.

13. Plaintiff's silence for over fourteen months constituted acquiescence that it would not assert a right or claim against sales of the PURPLE REIGN and ROYAL FLUSH products.

14. Plaintiff's silence of over fourteen months between an initial communication and filing the present complaint constitutes an unreasonable delay.

15. Plaintiff's delay caused undue prejudice to Defendant.

16. Defendant relied upon Plaintiff's silence.

17. Plaintiff's claims against the PURPLE REIGN and ROYAL FLUSH products are equitably estopped and/or barred by laches and acquiescence.

**PRAYER FOR RELIEF**

WHEREFORE, Defendant requests:

 A. A declaration that the Plaintiff's alleged trademark rights are not infringed by the DESIGNER SKIN PURPLE REIGN and DESIGNER SKIN ROYAL FLUSH products;

 B. An Order that Plaintiff's alleged trademark rights are abandoned.

 C. An Order that Plaintiff's claims are equitably barred by laches and/or acquiescence.

 D. An Order that Plaintiff's claims be denied in their entirety and that Plaintiff recover nothing;

 E. An Order declaring this case exceptional and that Defendant be awarded its attorneys' fees and costs incurred in this matter; and

 F. An Order that Defendant be awarded such other relief as the Court deems just and equitable.

**JURY DEMAND**

Designer Skin demands trial by jury.

       Respectfully submitted,

       /s/ Charles J. Meyer
       James J. McGuire
        Florida Bar No. 0187798
       James B. Lake
        Florida Bar No. 0023477
       **THOMAS & LoCICERO PL**
       Post Office Box 2602
       Tampa, Florida 33601-2602
       (813) 984-3060
       Fax: (813) 984-3070
       jmcguire@tlolawfirm.com
       jlake@tlolawfirm.com

        Charlie J. Meyer
         (Appearing *Pro Hac Vice*)
        **Woodard, Emhardt, Moriarty, McNett**
         **& Henry LLP**
        Chase Tower
        111 Monument Circle, Suite 3700
        Indianapolis, IN 46204
        (317) 634-3456
        Fax: (317) 637-7561
        cjmeyer@uspatent.com

        Attorneys for Defendant Designer Skin LLC

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing is being electronically filed and will be furnished via CM/ECF on this 5th day of December, 2012, to:

Harvey S. Kauget, Esq.
Eric R. Pellenbarg, Esq.
Phelps Dunbar LLP
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602
Telephone (813) 472-7550
Facsimile (813) 472-7570
Email: kaugeth@phelps.com
Email: pellenbe@phelps.com

Attorneys for Plaintiff

        /s/ Charles J. Meyer
        Attorney