UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH & SUN RESEARCH, INC.
D/B/A KAVA KAVA INTL. AND
VEGAS TAN,

Plaintiff

v. CASE NO.: 8:12-cv-02319-VMC-MAP

DESIGNER SKIN LLC

Defendant.
_________________________________/

# PLAINTIFF'S TRIAL EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections/ Stipulated Admissions | Description |
|---|---|---|---|---|---|
| 1. | | | Carollo/ Henry/ Edwards | Stipulated Admission | October 11, 2012 Complaint for Unfair Competition and Trademark Infringement with all Enclosures |
| 2. | | | Carollo/ Henry/ Edwards | Stipulated Admission | PURPLE RAIN bottle photo Bates Number H&S000014 |
| 3. | | | Carollo/ Henry/ Edwards | Stipulated Admission | PURPLE RAIN packet photo Bates Number H&S000015 |
| 4. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products invoice 4/5/04 Bates Number H&S000019 |
| 5. | | | Carollo/ Henry/ Edwards | Stipulated Admission | PURPLE RAIN label proofs Bates Number H&S000021-23 |
| 6. | | | Carollo/ Henry/ Edwards | Stipulated Admission | ROYAL FLUSH label proofs Bates Number H&S000024-25 |
| 7. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products Production History Report, 4/15/05 Bates Number H&S000026-28 |

| | | | | | |
|---|---|---|---|---|---|
| 8. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products invoice 4/15/05<br>Bates Number H&S000029-31 |
| 9. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Devoted Creations Invoice 8/31/11<br>Bates Number H&S000032-33 |
| 10. | | | Carollo/ Henry/ Edwards | Stipulated Admission | ROYAL FLUSH ad<br>Bates Number H&S000034 |
| 11. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Photo of ROYAL FLUSH bottle<br>Bates Number H&S000036 |
| 12. | | | Carollo/ Henry/ Edwards | Stipulated Admission | ROYAL FLUSH ad<br>Bates Number H&S000038 |
| 13. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Photo of ROYAL FLUSH bottle<br>Bates Number H&S000039 |
| 14. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Email from L. Rogers to A. Gullo re: ROYAL FLUSH labels, 2/12/07<br>Bates Number H&S000047 |
| 15. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Email from A. Gullo to L. Rogers re: ROYAL FLUSH labels, 1/19/07<br>Bates Number H&S000048 |
| 16. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Email from L. Rogers to A. Gullo re: ROYAL FLUSH labels, 1/19/49<br>Bates Number H&S000049 |
| 17. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Photo of PURPLE RAIN bottle<br>Bates Number H&S000063 |
| 18. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Photo of PURPLE RAIN packet<br>Bates Number H&S000064 |
| 19. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products Production History Report, 4/5/04<br>Bates Number H&S000067 |
| 20. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products invoice 4/5/04<br>Bates Number H&S000068 |
| 21. | | | Carollo/ Henry/ Edwards | Stipulated Admission | ROYAL FLUSH files screen shots<br>Bates Number H&S000084-85 |
| 22. | | | Carollo/ Henry/ Edwards | Stipulated Admission | PURPLE RAIN files screen shots<br>Bates Number H&S000086 |

| | | | | | |
|---|---|---|---|---|---|
| 23. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Sunny's Platinum Tanning, 1/28/13 Bates Number H&S000125-126 |
| 24. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Tahitian Tans, 12/14/12 Bates Number H&S000127-128 |
| 25. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Pampa Tropical, 12/5/12 Bates Number H&S000132 |
| 26. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Tan-Tations, 12/4/12 Bates Number H&S000133 |
| 27. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to So Cal Tan, 11/20/12 Bates Number H&S000134 |
| 28. | | | Carollo/ Henry/ Edwards | Stipulated Admission | R-Sun Tanning Products Invoice to Cards Tan & Fold, 11/13/12 Bates Number H&S000135 |
| 29. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to European Tan and Spa, 11/9/12 Bates Number H&S000136 |
| 30. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Invoice to URI, 1/27/10 Bates Number H&S000137-138 |
| 31. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Invoice to URI, 3/11/09 Bates Number H&S000139-140 |
| 32. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Invoice to Body Tan, 1/7/03 Bates Number H&S000141-143 |
| 33. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Devoted Creations invoice to URI, 8/31/11 Bates Number H&S000144-145 |
| 34. | | | Carollo/ Henry/ Edwards/ Raines | Stipulated Admission | Health & Sun Inventory Sales History Report Bates Number H&S000150-001517 |

| | | | | | |
|---|---|---|---|---|---|
| 35. | | | Carollo/ Henry/ Edwards | Stipulated Admission | ROYAL FLUSH ads Bates Number H&S001518-1523 |
| 36. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Product Guide Bates Number H&S001524-1525 |
| 37. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava 2005 Sales Guide Bates Number H&S001526-1544 |
| 38. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Vegas Tan Quick Reference Bates Number H&S001545 |
| 39. | | | Carollo/ Henry/ Edwards | Stipulated Admission | ROYAL FLUSH ad Bates Number H&S001546 |
| 40. | | | Carollo/ Henry/ Edwards | Stipulated Admission | PURPLE RAIN ads Bates Number H&S001547-49 |
| 41. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Tan De Soleil, 10/11/12 Bates Number H&S001555 |
| 42. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Invoice to Sundays Tanning Salons, 8/7/06 Bates Number H&S001558-1559 |
| 43. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Invoice to Electric Beach, 6/5/06 Bates Number H&S001562 |
| 44. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to South Beach Tanning Fantasy, 10/5/12 Bates Number H&S001563 |
| 45. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Kava Kava Invoice to Sundays Tanning Salons, 9/6/06 Bates Number H&S001564 |
| 46. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Pampa Tropical, 10/22/12 Bates Number H&S001570-1571 |
| 47. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Hott Tans, 10/24/12 Bates Number H&S001574 |

| | | | | | |
|---|---|---|---|---|---|
| 48. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to The Mirage Tanning Salon, 10/31/12<br>Bates Number H&S001576 |
| 49. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Pampa Tropical, 12/5/12<br>Bates Number H&S001577 |
| 50. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Sunners Bay Tanning Salon, 10/22/12<br>Bates Number H&S001578 |
| 51. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Glo-Tique, 10/22/12<br>Bates Number H&S001581 |
| 52. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Taters, 2/28/13<br>Bates Number H&S001582-1583 |
| 53. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Sunny's Platinum Tanning, 2/26/13<br>Bates Number H&S001584-1585 |
| 54. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Sunny's Platinum Tanning, 1/28/13<br>Bates Number H&S001586-1587 |
| 55. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Simply Tan, 2/18/13<br>Bates Number H&S001590-1591 |
| 56. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Ladies Tan & Tone, 2/8/13<br>Bates Number H&S001592 |
| 57. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Sunners Bay Tanning Salon, 1/7/13<br>Bates Number H&S001594 |
| 58. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Tropical Hideout, 2/20/13<br>Bates Number H&S001595 |

| | | | | | |
|---|---|---|---|---|---|
| 59. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Brown & Serve, 2/1/13<br>Bates Number H&S001596-1597 |
| 60. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Bronzin on Broadway, 1/7/13<br>Bates Number H&S001598 |
| 61. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Key West Tanning, 4/2/13<br>Bates Number H&S001599 |
| 62. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Tammy Salon, 3/26/13<br>Bates Number H&S001600 |
| 63. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Aloha Tanning, 3/22/13<br>Bates Number H&S001601 |
| 64. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Sunners Bay Tanning Salon, 3/4/13<br>Bates Number H&S001602 |
| 65. | | | Carollo/ Henry/ Edwards | Stipulated Admission | R-Sun Invoice to Sunny's Platinum Tanning, 4/4/13<br>Bates Number H&S001603-1604 |
| 66. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Shear Madness 3/22/13<br>Bates Number H&S001605 |
| 67. | | | Carollo/ Henry/ Edwards | Stipulated Admission | R-Sun Invoice to Sunners Bay Tanning Salon, 4/8/13<br>Bates Number H&S001606 |
| 68. | | | Carollo/ Henry/ Edwards | Stipulated Admission | R-Sun Invoice to Closet Monster, 3/27/13<br>Bates Number H&S001607-1609 |
| 69. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Wallins 4/30/13<br>Bates Number H&S001610 |

| | | | | | |
|---|---|---|---|---|---|
| 70. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Tropical Hideout 4/12/13<br>Bates Number H&S001612 |
| 71. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Lotions 2 Go 4/26/13<br>Bates Number H&S001613 |
| 72. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Brown & Serve, 4/10/13<br>Bates Number H&S001614 |
| 73. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to So Cal Tan, 5/8/13<br>Bates Number H&S001615 |
| 74. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Lotions 2 Go 4/18/13<br>Bates Number H&S001616 |
| 75. | | | Carollo/ Henry/ Edwards | Stipulated Admission | R-Sun Invoice to Bodi Bronze, 4/16/13<br>Bates Number H&S001617 |
| 76. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Key West Tanning 5/7/13<br>Bates Number H&S001618 |
| 77. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Paradise Tans 5/3/13<br>Bates Number H&S001620 |
| 78. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Glo-Tique, 5/7/13<br>Bates Number H&S001621 |
| 79. | | | Carollo/ Henry/ Edwards | Stipulated Admission | R-Sun Invoice to Willows, 5/6/13<br>Bates Number H&S001622-1623 |
| 80. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Body Butter Invoice to Cool Breeze Tanning, 5/2/13<br>Bates Number H&S001624 |

| | | | | | |
|---|---|---|---|---|---|
| 81. | | | Carollo/ Henry/ Edwards/ Raines | Stipulated Admission | Health & Sun Inventory Sales History Report<br>Bates Number H&S001625-001956 |
| 82. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products Purchase Order, 6/7/13<br>Bates Number H&S001957 |
| 83. | | | Carollo/ Henry/ Edwards | Stipulated Admission | OL Products Purchase Order, 6/7/13<br>Bates Number H&S001958 |
| 84. | | | Carollo/ Henry/ Edwards | Objections – hearsay, no foundation, no authenticati on, lack of personal knowledge | Email exchange between L. Henry and J. Hayes with attachment, 6/27/13<br>Bates Number H&S001961-1962 |
| 85. | | | Golay/ Provo | Stipulated Admission | December 5, 2012<br>Answer to Complaint |
| 86. | | | Golay/ Provo | Stipulated Admission | February 27, 2013<br>Amended Answer to Complaint |
| 87. | | | Carollo/ Henry/ Edwards | Stipulated Admission | April 10, 2013<br>Counter-Defendant's Answer and Affirmative Defenses to Counterclaim |
| 88. | | | Carollo/ Henry/ Edwards | Stipulated Admission | December 27, 2012<br>Plaintiff's First Interrogatories to Defendant |
| 89. | | | Golay/ Provo/ Sperry | Stipulated Admission | January 29, 2013<br>Defendant's Response to Plaintiff's First Interrogatories |
| 90. | | | Carollo/ Henry/ Edwards | Stipulated Admission | December 27, 2012<br>Plaintiff's First Request For Production to Defendant |
| 91. | | | Golay/ Provo/ Sperry | Stipulated Admission | January 29, 2013<br>Defendant's Response to Plaintiff's First Request For Production |
| 92. | | | Carollo/ Henry/ Edwards | Stipulated Admission | December 27, 2012<br>Plaintiff's First Request for Admissions to Defendant |

| | | | | | |
|---|---|---|---|---|---|
| 93. | | | Golay/ Provo/ Sperry | Stipulated Admission | January 29, 2013 Defendant's Response to Plaintiff's First Request For Admissions |
| 94. | | | Golay/ Provo/ Sperry | Stipulated Admission | Defendant's First Interrogatories to Plaintiff |
| 95. | | | Carollo/ Henry/ Edwards | Stipulated Admission | January 22, 2013 Plaintiff's Response to Plaintiff's First Interrogatories |
| 96. | | | Golay/ Provo/ Sperry | Stipulated Admission | Defendant's First Request for Production of Documents From Plaintiff |
| 97. | | | Carollo/ Henry/ Edwards | Stipulated Admission | January 22, 2013 Plaintiff's Response to Defendant's First Request for Production of Documents From Plaintiff |
| 98. | | | Golay/ Provo/ Sperry | Stipulated Admission | Defendant's Second Set of Interrogatories to Plaintiff |
| 99. | | | Carollo/ Henry/ Edwards | Stipulated Admission | April 29, 2013 Plaintiff's Response to Second Set of Interrogatories From Defendant |
| 100. | | | Golay/ Provo/ Sperry | Stipulated Admission | Defendant's Second Request for Production of Documents to Plaintiff |
| 101. | | | Carollo/ Henry/ Edwards | Stipulated Admission | April 29, 2013 Plaintiff's Response to Second Request for Production of Documents From Defendant |
| 102. | | | Golay/ Provo/ Sperry | Stipulated Admission | Defendant's Third Set of Interrogatories to Plaintiff |
| 103. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Plaintiff's Response to Defendant's Third Set of Interrogatories |
| 104. | | | Golay/ Provo/ Sperry | Stipulated Admission | Defendant's Third Request for Production of Documents to Plaintiff |
| 105. | | | Carollo/ Henry/ Edwards | Stipulated Admission | Plaintiff's Response to Defendant's Third Request for Production to Documents |
| 106. | | | Golay | Objection – witness available | June 25, 2013 Deposition Transcript of Emily Golay |

| | | | | | |
|---|---|---|---|---|---|
| 107. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 1 Plaintiff's Notice of Taking Deposition of Defendant under Rule 30(b)(6) Dated April 17, 2013 (Not Bates Numbered) |
| 108. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 2 Bates Number: DS000304 |
| 109. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 3 Bates Number: DS000279 |
| 110. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 4 Bates Number: DS000639 |
| 111. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 5 Bates Number: DS000447 |
| 112. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 6 Bates Number: DS000409 |
| 113. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 7 Bates Number: DS000796 thru DS000797 |
| 114. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 8 Bates Number: DS000332 thru DS000333 |
| 115. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 9 Bates Number: DS000961 thru DS000962 |
| 116. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 10 Bates Number: DS000367 thru DS000375 |
| 117. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 11 Bates Number: DS000839 |
| 118. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 12 Bates Number: DS001039 |
| 119. | | | Golay | Stipulated Admission | June 25, 2013 Emily Golay Deposition Exhibit 13 Bates Number: DS000132 |

| | | | | | |
|---|---|---|---|---|---|
| 120. | | | Golay | Stipulated Admission | June 25, 2013<br>Emily Golay Deposition Exhibit 14<br>Bates Number: DS000133 |
| 121. | | | Golay | Stipulated Admission | June 25, 2013<br>Emily Golay Deposition Exhibit 15<br>Defendant/Counterclaim Plaintiff, Designer Skin and Co-Counterclaim Plaintiff, Australian Gold's Amended Answer to Complaint and Counterclaims dated Feb. 27, 2013 (Not Bates Numbered) |
| 122. | | | Sperry | Objection – witness available | June 25, 2013<br>Deposition Transcript of Martin Sperry |
| 123. | | | Sperry/ Raines | Stipulated Admission | June 25, 2013<br>Martin Sperry Deposition Exhibit 16<br>Bates Number: DS000622 thru DS000624 |
| 124. | | | Sperry | Stipulated Admission | June 25, 2013<br>Martin Sperry Deposition Exhibit 17<br>Bates Number: DS001306 thru DS001313 |
| 125. | | | Sperry | Stipulated Admission | June 25, 2013<br>Martin Sperry Deposition Exhibit 18<br>Bates Number: DS001255 thru DS001305 |
| 126. | | | Sperry/Mard | Stipulated Admission | June 25, 2013<br>Martin Sperry Deposition Exhibit 19<br>Michal J. Mard May 23, 2013 Expert Report (Not Bates Numbered) |
| 127. | | | Carollo | Objection – witness available | June 26, 2013<br>Deposition Transcript of Santo J. Carollo |
| 128. | | | Carollo | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 20<br>Defendant's Notice of Deposition of Health & Sun Research (Not Bates Numbered) |
| 129. | | | Carollo | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 21<br>Plaintiff's Response to Interrogatories Dated Jan. 22, 2013 (Not Bates Numbered) |

| | | | | | |
|---|---|---|---|---|---|
| 130. | | | Carollo | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 22<br>Plaintiff's Response to First Request for Production of Documents Dated Jan. 22, 2013 (Not Bates Numbered) |
| 131. | | | Carollo | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 23<br>April 17, 2013 thru April 29, 2013 E-Mail Chain between Defendant and Plaintiff re. discovery responses and deposition (Not Bates Numbered) |
| 132. | | | Carollo | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 24<br>Bates Number: H&S001373 |
| 133. | | | Carollo/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 25<br>Health & Sun Research, Inc.'s Inventory Sales History Report From 2000 to 2012 for Kava-Purpose Rain (Not Bates Numbered) |
| 134. | | | Carollo/ Henry/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 26<br>Bates Number: H&S000137 thru H&S000140; H&S000144 thru H&S000145 |
| 135. | | | Carollo/ Henry/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 27<br>Bates Number: H&S001955 |
| 136. | | | Carollo/ Henry/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 28<br>Bates Number: H&S001958 |
| 137. | | | Carollo/ Henry/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 29<br>Bates Number: H&S001957 |

| | | | | | |
|---|---|---|---|---|---|
| 138. | | | Carollo/ Henry/ Edwards | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 30<br>Bates Number: H&S001524 thru 001525 |
| 139. | | | Carollo/ Henry/ Edwards | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 31<br>Bates Number: H&S001547 thru 001549 |
| 140. | | | Carollo/ Henry/ Edwards | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 32<br>Bates Number: H&S001526 thru 001544 |
| 141. | | | Carollo/ Henry/ Edwards | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 33<br>Bates Number: H&S001299 |
| 142. | | | Carollo/ Henry/ Edwards/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 34<br>Health & Sun Research, Inc.'s Inventory Sales History Report From 2000 to 2012 for Vegas-Royal Flush (Not Bates Numbered) |
| 143. | | | Carollo/ Henry/ Edwards/ Raines | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 35<br>Bates Number: H&S001956 |
| 144. | | | Carollo/ Henry/ Edwards/ | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 36<br>Undated Vegas Tan Inventory and Kava Kava Inventory On Hand (Not Bates Numbered) |
| 145. | | | Carollo/ Henry/ Edwards/ | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 37<br>Bates Number: H&S001519 thru H&S001523; H&S001545 thru 001546; H&S 001550 thru H&S001554 |

| | | | | | |
|---|---|---|---|---|---|
| 146. | | | Carollo/ Henry/ Edwards/ | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 38<br>Bates Number: DS001234 thru DS001235 |
| 147. | | | Carollo | Stipulated Admission | June 26, 2013<br>Santo J. Carollo Deposition Exhibit 39<br>Bates Number: DS001236 thru DS001239 and "Tan 2Day.com" Two Page Online Ad |
| 148. | | | Raines | Objection – witness available | July 23, 2013<br>Deposition Transcript of Gary L. Raines, CPA |
| 149. | | | Raines | Objection – hearsay, witness available | July 23, 2013<br>Gary L. Raines Deposition Exhibit 40<br>Gary L. Raines April 25, 2013 Expert Report (Not Bates Numbered) |
| 150. | | | Raines | Objection – hearsay, witness available | July 23, 2013<br>Gary L. Raines Deposition Exhibit 41<br>Gary L. Raines June 13, 2013 Rebuttal Report (Not Bates Numbered) |
| 151. | | | Raines/ Mard | Stipulated Admission | July 23, 2013<br>Gary L. Raines Deposition Exhibit 42<br>Michael J. Mard May 23, 2013 Rebuttal Report (Not Bates Numbered) |
| 152. | | | Mard | Stipulated Admission | July 24, 2013<br>Deposition Transcript of Michael J. Mard, CPA |
| 153. | | | Mard | Stipulated Admission | July 24, 2013<br>Michael J. Mard Deposition Exhibit 43<br>Financial Reporting Literature (Not Bates Numbered) |
| 154. | | | Mard/ Raines | Stipulated Admission | April 25, 2013<br>Gary L. Raines, CPA Expert Report |
| 155. | | | Mard | Stipulated Admission | May 23, 2013<br>Michael J. Mard, CPA Rebuttal Report |

| | | | | | |
|---|---|---|---|---|---|
| 156. | | | Mard | Stipulated Admission | May 23, 2013<br>Michael J. Mard, CPA Expert Report |
| 157. | | | Mard/ Raines | Stipulated Admission | June 18, 2013<br>Gary L. Raines, CPA Rebuttal Report |
| 158. | | | Sperry/ Mard/ Raines | Stipulated Admission | Updated sales information for Australian Gold's PURPLE REIGN and ROYAL FLUSH products.<br>Bates Number: DS001314 thru DS001366 |
| 159. | | | Golay/ Provo | Stipulated Admission | Designer Skin 2013 Product Chart<br>Bates Number: DS000058-59 |
| 160. | | | Golay | Stipulated Admission | Email from E. Golay to staff re: August 2013 promotions with attachment.<br>Bates Number: DS000060 thru DS000063 |
| 161. | | | Golay/ Provo | Stipulated Admission | Designer Skin catalog ads<br>Bates Number: DS000079; DS000116 |
| 162. | | | Golay/ Provo | Stipulated Admission | Email from Angie Provo to Staff re: PURPLE REIGN appearing on Jersey Shore. Bates Number: DS000118 |
| 163. | | | Golay/ Provo | Stipulated Admission | Email from A. Provo to E. Golay and J. Ditto re: PURPLE REIGN forecasting.<br>Bates Number: DS000132 |
| 164. | | | Golay/ Provo | Stipulated Admission | Designer Skin Nov/Dec 2011 starter kits ad.<br>Bates Number: DS000157 |
| 165. | | | Golay/ Provo | Stipulated Admission | CTS ad for Love DS<br>Bates Number: DS000181 |
| 166. | | | Golay/ Provo | Stipulated Admission | PURPLE REIGN fact sheet<br>Bates Number: DS000279 |
| 167. | | | Golay/ Provo | Stipulated Admission | ROYAL FLUSH fact sheet<br>Bates Number: DS000304 |
| 168. | | | Golay/ Provo | Stipulated Admission | Love DS ad proofs<br>Bates Number: DS000327 thru DS000328 |

| | | | | | |
|---|---|---|---|---|---|
| 169. | | | Golay/ Provo | Stipulated Admission | Email from A. Provo to staff re: approval of Love DS starter kits<br>Bates Number: DS000472 |
| 170. | | | Golay/ Provo | Stipulated Admission | Email from A. Provo to Sun Connection re: Question on New Love DS products<br>Bates Number: DS000481 |
| 171. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to T. Graham re: Designer Skin TM requests, 2/23/11<br>Bates Number: DS000638 |
| 172. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to T. Graham re: Designer Skin TM searches, 1/7/11<br>Bates Number: DS000639 |
| 173. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to F. Haynes re: Purple Reign graphics proofs, 5/25/11<br>Bates Number: DS000693-DS000694 |
| 174. | | | Golay/ Provo | Stipulated Admission | Email from A. Provo to staff re: Love DS Buzz, 10/3/11<br>Bates Number: DS000697-DS000699 |
| 175. | | | Golay/ Provo | Stipulated Admission | Email from A. Provo to staff re: Love DS Pics, 10/4/11<br>Bates Number: DS000703-DS000705 |
| 176. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to A. Provo re: Love DS POP Wrap Display, 4/26/11<br>Bates Number: DS000706-DS000708 |
| 177. | | | Golay/ Provo | Stipulated Admission | Email from D. Kohl to K. Renten re: printing quote for Love DS Wrap Display, 4/26/11<br>Bates Number: DS000709-DS000711 |
| 178. | | | Golay/ Provo | Stipulated Admission | Email from R. Mathiesen to K. Renten re: printing quote for Love DS Wrap Display, 4/22/11<br>Bates Number: DS000712 |

| | | | | | |
|---|---|---|---|---|---|
| 179. | | | Golay/ Provo | Stipulated Admission | Email from L. Tideman to E. Golay and A. Provo re: Purple Reign, 11/1/11<br>Bates Number: DS000820 |
| 180. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to A. Provo re: Formula Approval #'s, 3/21/11<br>Bates Number: DS000839 |
| 181. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to K. Renten re: Love DS POP Display, 5/23/11<br>Bates Number: DS000937 |
| 182. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to K. Renten re: Love DS POP Display, 4/18/11<br>Bates Number: DS000939 |
| 183. | | | Golay/ Provo | Stipulated Admission | Email from E. Golay to A.Provo re: Love DS POP Display, 4/27/11<br>Bates Number: DS000950-DS000952 |
| 184. | | | Golay/ Provo | Stipulated Admission | Email chain between E. Golay, A. Provo and L. Tideman, 11/2/11<br>Bates Number DS000982-984 |
| 185. | | | Golay/ Provo | Stipulated Admission | Purple Reign Education Points<br>Bates Number: DS001092 |
| 186. | | | Golay/ Provo | Stipulated Admission | Royal Flush Education Points<br>Bates Number: DS001093 |
| 187. | | | Golay/ Provo | Stipulated Admission | Purple Reign Sales Fact Sheet<br>Bates Number: DS001095-96 |
| 188. | | | Golay/ Provo | Stipulated Admission | Royal Flush Sales Fact Sheet<br>Bates Number DS001097-98 |
| 189. | | | Golay/ Provo | Stipulated Admission | Love DS Product Information Sheets<br>Bates Number DS001118-001122 |
| 190. | | | Golay/ Provo | Stipulated Admission | Additional Information document<br>Bates Number DS001148 |
| 191. | | | Golay/ Provo | Stipulated Admission | Island Sun Times advertisements<br>Bates Number DS001225-1228 |
| 192. | | | Sperry/ Raines/ Mard | Stipulated Admission | Purple Reign detailed income statement<br>Bates number: DS001242-1245 |



PD.10767685.1

| | | | | | |
|---|---|---|---|---|---|
| 193. | | | Sperry/ Raines/ Mard | Stipulated Admission | Royal Flush detailed income statement<br>Bates Number DS001246-1247 |
| 194. | | | Sperry/ Raines/ Mard | Stipulated Admission | Estimated product development costs<br>Bates Number DS001248 |
| 195. | | | Sperry/ Raines/ Mard | Stipulated Admission | Sunshine Manufacturing cost roll up data<br>Bates Number DS001249-1254 |
| 196. | | | Sperry/ Raines/ Mard | Stipulated Admission | Purple Reign costs data<br>Bates Number DS001306-1309 |
| 197. | | | Sperry/ Raines/ Mard | Stipulated Admission | Royal Flush costs data<br>Bates Number DS001310-1313 |
| 198. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20110809065827/http://www.lotions2go.com/Kava-Kava-International-677 |
| 199. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20110911080132/http://www.lotions2go.com/Kava-Kava-International-677 |

| | | | | | |
|---|---|---|---|---|---|
| 200. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20120125040625/http://lotions2go.com/Kava-Kava-International-677 |
| 201. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20130924233935/http://www.lotions2go.com/Kava-Kava-International-677 |
| 202. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20080924013741/http://www.tan2day.com/sqvetan.html |

| | | | | | |
|---|---|---|---|---|---|
| 203. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20091109044943/http://www.tan2day.com/sqvetan.html? |
| 204. | | | Impeachment | Objections: hearsay, hearsay within hearsay, irrelevant, lack of authentication, lack of personal knowledge, no foundation | Website screenshot from Internet Archive located at: http://web.archive.org/web/20110413233627/http://www.tan2day.com/sqvetan.html |
| 205. | | | Impeachment | Objections: hearsay, irrelevant, not disclosed in discovery | Declaration from Internet Archive records custodian re: authenticity of items 198-204 |
| 206. | | | Impeachment | Objections: hearsay, irrelevant, not disclosed in discovery | Declaration of Cindy Walker, owner of Lotions 2 Go, re: authenticity of items 198-201 |
| 207. | | | Carollo/ Henry/ Edwards | Objection: excluded per Court's *in limine* order | Bottle of Kava Kava PURPLE RAIN |

| | | | | | |
|---|---|---|---|---|---|
| 208. | | | Carollo/ Henry/ Edwards | Objection: excluded per Court's *in limine* order | Bottle of Vegas Tan ROYAL FLUSH |
| 209. | | | Carollo/ Henry/ Edwards | Objections: hearsay, irrelevant, unfair prejudice/ confusing the issues/waste of time | Petition for Cancellation of PURPLE REIGN registration, filed with TTAB 10/10/13 |

Respectfully submitted,

/s/ Harvey S. Kauget
Harvey S. Kauget
Florida Bar No. 116254
Email: kaugeth@phelps.com
Eric R. Pellenbarg
Florida Bar No. 556610
Email: pellenbe@phelps.com
PHELPS DUNBAR LLP
100 S. Ashley Dr., Ste 1900
Tampa, FL 33602-5311
Phone: (813) 472-7599
Fax: (813) 472-7570
**COUNSEL FOR PLAINTIFF**