UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH & SUN RESEARCH, INC.
D/B/A KAVA KAVA INTL. AND
VEGAS TAN,

Plaintiff

v. CASE NO.: 8:12-cv-02319-VMC-MAP

DESIGNER SKIN LLC

Defendant.
___________________________________/

# DEFENDANT AUSTRALIAN GOLD's

# EXHIBIT LIST

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 300. | | | Carollo | Stipulated Admission | Notice of Deposition of Health & Sun Research, Inc. (Dep. Ex. 20) |
| 301. | | | Carollo | Stipulated Admission | Plaintiff's Response to First Interrogatories from Defendant (Dep. Ex. 21) |
| 302. | | | Carollo | Stipulated Admission | Plaintiff's Response to Second Interrogatories from Defendant |
| 303. | | | Carollo | Stipulated Admission | Plaintiff's Response to Third Interrogatories from Defendant |
| 304. | | | Carollo | Stipulated Admission | Plaintiff's Response to First Request for Production of Documents (Dep. Ex. 22) |
| 305. | | | Carollo | Stipulated Admission | Plaintiff's Response to Second Request for Production of Documents |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 306. | | | Carollo | Stipulated Admission | Plaintiff's Response to Third Request for Production of Documents |
| 307. | | | Carollo | Stipulated Admission | Email Correspondence 4/29/13 (Dep. Ex. 23) |
| 308. | | | Carollo | Stipulated Admission | Purple Rain Inventory Receipts History Report 2006-2013, Quantity and Cost H&S#>>001373 (Dep. Ex. 24) |
| 309. | | | Carollo | Stipulated Admission | Purple Rain Inventory Sales History Report 2000-2012 (Dep. Ex. 25) |
| 310. | | | Carollo | Stipulated Admission | Invoice 0199612-IN 2009 Kava Kava PURPLE RAIN H&S000139-000140 (Dep. Ex. 26) |
| 311. | | | Carollo | Stipulated Admission | Invoice 0217612-IN 2010 Kava Kava PURPLE RAIN H&S000137-000138 (Dep. Ex. 26) |
| 312. | | | Carollo | Stipulated Admission | Invoice 0025136-IN 2011 Devoted Creations PURPLE RAIN H&S000144-000145 (Dep. Ex. 26) |
| 313. | | | Carollo | Stipulated Admission | Purple Rain Inventory Sales History Report 2006-2013, $ Sold, Profit %, Cost. H&S#>>001955 (Dep. Ex. 27) |
| 314. | | | Carollo | Stipulated Admission | Purchase Order 0007707, 6/7/13 O.L. Products, Inc. to Consolidated Label H&S#>>001958 (Dep. Ex. 28) |
| 315. | | | Carollo | Stipulated Admission | Purchase Order 0000106, 6/7/13 Health & Sun Research, Inc. to O.L. Products H&S#>>001957 (Dep. Ex. 29) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 316. | | | Carollo | Stipulated Admission | Two Kava Kava International catalog sheets H&S#>>001524-001525 (Dep. Ex. 30) |
| 317. | | | Carollo | Stipulated Admission | Three Kava Kava International catalog sheets H&S#>>001547-001549 (Dep. Ex. 31) |
| 318. | | | Carollo | Stipulated Admission | Kava Kava International 2005 Sales Guide H&S#>>001526-001544 (Dep. Ex. 32) |
| 319. | | | Carollo | Stipulated Admission | Royal Flush Inventory Receipts History Report 2006-2013, Quantity and Cost H&S#>>001299 (Dep. Ex. 33) |
| 320. | | | Carollo | Stipulated Admission | Royal Flush Inventory Sales Report 2000-2012, Quantity Sold (Dep. Ex. 34) |
| 321. | | | Carollo | Stipulated Admission | Royal Flush Inventory Sales History Report 2006-2013, $ Sold, Profit %, Cost H&S#>>001956 (Dep. Ex. 35) |
| 322. | | | Carollo | Stipulated Admission | Vegas Tan and Kava Kava International Inventory Report (Dep. Ex. 36) |
| 323. | | | Carollo | Stipulated Admission | Twelve Vegas Tan catalog sheets & posters H&S#>>001519-001523, -001546, -001550-001554 (Dep. Ex. 37) |
| 324. | | | Carollo | Stipulated Admission | E-mail chain between Jeffrey Sherman, Scott Matthews, and Charles Meyer DS001234-001235 (Dep. Ex. 38) |
| 325. | | | Carollo | Stipulated Admission | Correspondence from Charles Meyer to Jeffrey Sherman DS001236-001241 (Dep. Ex. 39) |
| 326. | | | Carollo | Objection- relevance, authenticity | Expired VT Fictitious Name Registrations (Ex. F to AG MSJ) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 327. | | | Carollo | Stipulated Admission | 2013 Purple Rain Order, H&S#>>001957 |
| 328. | | | Carollo | Objection: relevance, authenticity | 2013 KAVA KAVA name registration H&S#>>001958-001959 |
| 329. | | | Carollo | Stipulated Admission | Invoice from OL Products to HSR, 4/5/2005 H&S000093-H&S000094 |
| 330. | | | Carollo | Stipulated Admission | Production History Reports, 4/15/2005 H&S000095-H&S000097 |
| 331. | | | Carollo | Stipulated Admission | Invoices w/ RF Sales Prices H&S000126, -000136, H&S#>>001565, - 001596, - 001620 |
| 332. | | | Carollo | Stipulated Admission | Inventory Report, ROYAL FLUSH, 2/13/13 H&S#>>000149 |
| 333. | | | Carollo | Stipulated Admission | Invoice from OL Products to HSR, 4/5/2004 H&S000115 |
| 334. | | | Carollo | Stipulated Admission | Production History Report, 4/5/2004 H&S000116 |
| 335. | | | Carollo | Stipulated Admission | Stock Status Report, 5/8/2013 H&S001300 |
| 336. | | | Provo/Golay | Stipulated Admission | TM Reg. No. 4,085,143, PURPLE REIGN DS000001 |
| 337. | | | Provo/Golay | Stipulated Admission | TM Reg. No. 4,081,252, ROYAL FLUSH DS000018 |
| 338. | | | Provo/Golay | Likely no objection, but we have not seen what you are proposing to use. | AG PURPLE REIGN® Bottle |
| 339. | | | Provo/Golay | Likely no objection, but we have not seen what you are proposing to use. | AG ROYAL FLUSH® Bottle |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 340. | | | Provo/Golay | Stipulated Admission | Purple Reign Sales Fact Sheet DS 1095 |
| 341. | | | Provo/Golay | Stipulated Admission | Royal Flush Sales Fact Sheet DS 1098 |
| 342. | | | Provo/Golay | Objection: foundation, authenticity. | Mood board Love ds 1099 |
| 343. | | | Provo/Golay | Objection: foundation, authenticity, hearsay. | Love ds presentation DS115-1126 |
| 344. | | | Provo/Golay | Objection: foundation, authenticity. | Purple Reign webpage DS000043 |
| 345. | | | Provo/Golay | Objection: foundation, authenticity. | Royal Flush webpage DS000044 |
| 346. | | | Provo/Golay | Objection: foundation, authenticity. | Love ds Intro Video DS001138 |
| 347. | | | Provo/Golay | Objection: foundation, authenticity. | Love ds Intro Video DS001232 |
| 348. | | | Provo/Golay | Objection: foundation, authenticity. | Love ds Intro Video DS001233 |
| 349. | | | Provo/Golay | Objection: relevance, foundation, authenticity, hearsay. | URI Catalog 2014 |
| 350. | | | Provo/Golay | Objection: relevance, foundation, authenticity, hearsay. | URI Catalog 2013 |
| 351. | | | Provo/Golay | Objection: relevance, foundation, authenticity, hearsay. | URI Catalog 2012 |
| 352. | | | Provo/Golay | Objection: relevance, foundation, authenticity, hearsay. | URI Catalog 2011 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 353. | | | Provo/Golay | Objection: relevance, foundation, authenticity, hearsay. | URI Catalog 2010 |
| 354. | | | Provo/Golay | Objection: foundation, authenticity, hearsay. | Ad Request Form and Images DS001104-1106 |
| 355. | | | Provo/Golay | Objection: foundation, authenticity, hearsay. | IST Sept. 2011 Magazine Ad DS000045-47 |
| 356. | | | Provo/Golay | Objection: foundation, authenticity, hearsay. | Smart Tan Sept. 2011 Magazine Ad DS000048-50 |
| 357. | | | Provo/Golay | Objection: foundation, authenticity, hearsay. | Smart Tan Oct. 2011 Magazine Ad DS000051-53 |
| 358. | | | Provo/Golay | Objection: foundation, authenticity, hearsay. | Smart Tan Nov. 2011 Magazine Ad DS000054-56 |
| 359. | | | Provo/Golay | Stipulated Admission | Product Guide DS000040-42 |
| 360. | | | Provo/Golay | Stipulated Admission | Heartland Catalog 2012 DS000035-37 |
| 361. | | | Provo/Golay | Stipulated Admission | Four Seasons Catalog 2012 DS000038-39 |
| 362. | | | Provo/Golay | Stipulated Admission | Designer Skin 2013 Product Chart DS000058-59 |
| 363. | | | Provo/Golay | Stipulated Admission | August 2011 Promotion Sheets DS000061-63 (Dep. Ex. 6) |
| 364. | | | Provo/Golay | Objection: foundation, authenticity, hearsay (as to photos) | Nov/Dec 2011 Promotion Calendar DS000156-158 |
| 365. | | | Provo/Golay | Stipulated Admission | Starter Kit Email Promotion DS000628-DS000629 |
| 366. | | | Provo/Golay | Stipulated Admission | Design for Love DS Kit Counter Display DS000796-DS000797 (Dep. Ex. 7) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 367. | | | Provo/Golay | Objection: lack of personal knowledge, foundation, authenticity, hearsay. | Salon-submitted photo of display DS000356-358 |
| 368. | | | Provo/Golay | Objection: lack of personal knowledge, foundation, authenticity, hearsay. | Social Media postings DS000393-394 |
| 369. | | | Provo/Golay | Objection: lack of personal knowledge, foundation, authenticity, hearsay. | Salon-submitted photo of display DS000775-777 |
| 370. | | | Provo/Golay | Objection: lack of personal knowledge, foundation, authenticity, hearsay. | Salon-submitted photo of display DS001040-DS001041 |
| 371. | | | Provo/Golay | Objection: lack of personal knowledge, foundation, authenticity, hearsay. | Salon-submitted photo of display DS000792-DS000793 |
| 372. | | | Provo/Golay | Objection: lack of personal knowledge, foundation, authenticity, hearsay. | Social Media Postings DS001158-1222 |
| 373. | | | Sperry/Mard | Stipulated Admission | ROYAL FLUSH® Sales, Cost, Profit Summary DS001314 |
| 374. | | | Sperry/Mard | Stipulated Admission | ROYAL FLUSH Detailed Income Statement DS001315-DS001317 |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 375. | | | Sperry/Mard | Stipulated Admission | ROYAL FLUSH Sales by State/Country DS001322 |
| 376. | | | Sperry/Mard | Stipulated Admission | Royal Flush Sales Report DS001323-1336 |
| 377. | | | Sperry/Mard | Stipulated Admission | PURPLE REIGN® Sales, Cost, Profit Summary DS001318 |
| 378. | | | Sperry/Mard | Stipulated Admission | PURPLE REIGN Detailed Income Statement DS001319-DS001321 |
| 379. | | | Sperry/Mard | Stipulated Admission | PURPLE REIGN Sales by State/Country DS001337 |
| 380. | | | Sperry/Mard | Stipulated Admission | Purple Reign Sales Report DS001338-1366 |
| 381. | | | Sperry | Stipulated Admission | Estimated Standard Product Development Costs DS001248 |
| 382. | | | Sperry | Stipulated Admission | Cost Roll-up Royal Flush 8oz DS001249 |
| 383. | | | Sperry | Stipulated Admission | Cost Roll-up Royal Flush 0.5oz packette DS001252 |
| 384. | | | Sperry | Stipulated Admission | Cost Roll-up Purple Reign 8oz DS001250-51 |
| 385. | | | Sperry | Stipulated Admission | Cost Roll-up Purple Reign 0.5oz packette DS001253-54 |
| 386. | | | Sperry | Stipulated Admission | Vendor Invoices and Checks, Posters & Printing DS001301-1305 |
| 387. | | | Mard | Stipulated Admission | Mard Résumé |
| 388. | | | Mard | Objection: hearsay, witness available | Rebuttal Report of Michael J. Mard |
| 389. | | | Mard | Objection: hearsay, witness available | Expert Report of Michael J. Mard |
| 390. | | | Mard | Objection: hearsay, witness available | GAAP Book Excerpts (Dep. Ex. 43) |

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 391. | | | Carollo | Stipulated Admission | Royal Flush Inventory Sales Report 2013, Quantity Sold (H&S001963) |
| 392. | | | Carollo | Stipulated Admission | Royal Flush Inventory Sales History Report 2013, $ Sold, Profit %, Cost (To be produced by Plaintiff) |

Respectfully Submitted

_/s Charles J. Meyer

Charles J. Meyer
(appearing *pro hac vice*)
WOODARD, EMHARDT, MORIARTY, MCNETT & HENRY LLP
Chase Tower
111 Monument Circle, Suite 3700
Indianapolis, IN 46204
(317) 634-3456
Fax: (317) 637-7561
cjmeyer@uspatent.com

James J. McGuire
Florida Bar No. 0187798
James B. Lake
Florida Bar No. 0023477
THOMAS & LoCICERO PL
Post Office Box 2602
Tampa, FL 33601-2602
(813) 984-3060
Fax: (813) 984-3070
jmcguire@tlolawfirm.com
jlake@tlolawfirm.com

COUNSEL FOR DEFENDANT/
COUNTER-PLAINTIFF