UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH & SUN RESEARCH, INC.
D/B/A KAVA KAVA INTL. AND
VEGAS TAN,

Plaintiff and Counterclaim Defendant,

v. CASE NO.: 8:12-cv-02319-VMC-MAP

AUSTRALIAN GOLD, LLC

Defendant and Counterclaim Plaintiff,
_______________________________________/

**JOINT SUBMISSION OF PROPOSED VOIR DIRE QUESTIONS**

## I. INTRODUCTORY TOPICS

1. Who has ever served on a jury? what matter? what results?

2. Who has ever been the foreperson of a jury?

3. Other than a divorce, have any of you been sued by someone or sued someone or had a person close to who was sued by someone or sued someone? Would that experience cause you to form an opinion against parties to a suit? plaintiff? defendant? both?

4. Has anyone ever given testimony or a statement in any legal proceeding or in any matter involving a lawsuit (e.g., given a statement to police or an investigator, given a deposition, testified in court, etc.?).

## II. EMPLOYMENT

1. What is your current employment status?

2. By whom are you currently employed?

3. Would you please describe your job responsibilities and duties.

4. Would you describe to me your employment over the last 10 years and the type of work or profession that you have been involved in.

5. Have you ever managed an indoor tanning business?

6. Have you ever worked in an indoor tanning business?

7. Would you please tell me by whom your spouse and children have been employed for the last 10 years.

8. Do you have a close friend or family member who works in advertising?

9. Do you have a close friend or family member who works as an artist?

10. Do you have a close friend or family member who works as a musician?

## III. VOLUNTEER/POLITICAL ORGANIZATIONS

1. Are you doing any volunteer work now, or have you ever been a volunteer? If so, for what organizations?

2. Are you now or have you been in the past active in any political organization? If so, which ones? Are you now or have you ever been an officer in any of those organizations?

3. Are you now or have you been in the past active in any organization which supports or opposes social causes? If so, which ones? Are you now or have you ever been an officer in any of those organizations?

4. Is or has any family member, including your spouse, been active in a political organization or any organization which supports or opposes social causes?

## IV. HOBBIES

1. What are your leisure-time activities and/or hobbies?

2. If you are married, what are your spouse's leisure-time activities and/or hobbies?

3. What newspapers, books, or magazines do you read?

## V. EDUCATION, LICENSES AND GENERAL BACKGROUND

1. Would you please describe to me your formal education past high school.

2. Do you have any vocational training? What kind?

3. Have you earned any advanced degrees?

4. Have you or has anyone in your family ever studied law, medicine, or psychology? If so, explain.

5. What would your best friend say is your best quality for being a juror?

6. Do you or your spouse (if any), have any bumper stickers on any of your vehicles? If you do, whose vehicle is any such sticker on, and what does each such sticker say? Why is each such sticker on each such vehicle?

7. Have you or any of your family members ever been to an indoor tanning salon?

8. Do you have any personal aversions to a tanning salon?

9. Do you consider yourself brand-conscious?

10. Do you subscribe to, or read on a regular basis, any magazines or publications that focus on fashion (i.e., VOGUE, COSMOPOLITAN or the like)?

11. Do you visit websites that focus on fashion on a regular basis?

12. When you go shopping, are you more likely to choose a particular product based on the brand or the price?

13. Example: if you needed ketchup and you went to Publix, would you be more likely to choose a brand name (i.e., HEINZ or HUNT'S) that had a higher price or the PUBLIX brand at a lower price point?

14. Do you think that name brand products are any better than store-branded generic versions of the same thing?

15. Do you consider yourself a sophisticated consumer?

16. (Defendant Objects to this proposed question) Have you ever purchased counterfeit goods?

17. (Defendant Objects to this proposed question) Have you ever downloaded any music or videos from file sharing sites such as NAPSTER or Bit Torrent?

18. (Defendant Objects to this proposed question) If you had a friend or family member who told you they were illegally downloading movies for free from the internet, how would you feel about that?

19. (Defendant Objects to this proposed question) Do you think that artists who create images are entitled to legal protection for their artistic works?

20. (Defendant Objects to this proposed question) Do you think that musicians who create music are entitled to legal protection for their songs?

21. (Defendant Objects to this proposed question) Do you think that movie studios that create movies are entitled to legal protection for those movies?

22. Do you know what intellectual property is?

23. Do you think intellectual property should be protected?

24. Do you think intellectual property has a value?

25. Do you know what a trademark is?

26. Do you think trademarks have a value?

## IV. EXPERIENCE IN OWNERSHIP AND BUSINESS

1. Have you ever been involved in choosing a brand or product name? (Tell us about your experience.)

2. Have you ever been involved in promoting a brand or product name? (Tell us about your experience.)

3. Do you have any work experience, education or training in the skin care products industry? Please explain.

4. Do you have any work experience, education or training in the field of marketing or advertising? Please explain.

5. Have you ever owned a business and if so, what type of business were you involved in? How long were you involved in that business?

6. Have you ever developed any ideas? If so, would you tell me a little bit about it?

7. How you ever attempted to register a trademark?

8. (Defendant Objects to this proposed question) Have you ever used a trademark on a product without applying for a federal or state registration?

9. Have you ever owned a business or been involved in a situation involving a trademark dispute?

10. Do you know of anyone that owned a business or has been involved in a situation involving a trademark dispute?

## V. LEGAL AND ACCOUNTING BACKGROUND

1. Does anyone have any legal background?

2. Does anyone have any accounting background?

## VI. DIFFERENCES WITH THE GOVERNMENT

1. Has anyone here ever had a grievance or issue with any entity of the government?

2. Can you explain the nature of the issue?

3. Did you resolve the issue to your satisfaction?

4. Has the dispute with the entity of the government caused you to have any negative attitudes towards governmental entities?

## VII. KNOWLEDGE OF THE PARTIES

1. Has anyone ever had dealings with Australian Gold and if so, please describe those dealings.

2. Has anyone ever had dealings with Health & Sun Research or Devoted Creations and if so, please describe those dealings.

3. Does any member of the jury panel know Charlie Meyer, James McGuire, or any member of their respective law firms? If so, please give us the details.

4. Does any member of the jury panel know Harvey Kauget, Eric Pellenbarg or any member of the law firm of Phelps Dunbar? If so, please give us the details.

5. The parties have advised the Court that all or some of the following individuals may be called to testify in this case. As I read the list of potential witnesses, please raise your hand if any of the individual names are familiar to you. (For those responding in the affirmative, the following questions should be asked). What is the nature and extent of your familiarity with this potential witness? Is there anything about your knowledge of this witness or potential witness which might cause you to lean somewhat toward the party who caused the witness to testify in its behalf? The witnesses in question are as follows:

## VIII. JUROR ATTITUDES

1. Do you feel that you could treat all parties fairly and impartially? If there is any doubt, please tell me.

2. Is there anyone who feels for any reason whatsoever, including work and personal commitments, that you would not be able to sit as a juror in this case?

3. (Defendant Objects to this proposed question) The Court will instruct you as to what the law is that you must utilize in reaching your decision. If any of you have doubts as to whether the law should be applied or you have attitudes as to what the law should be which are different from than that the Court tells you is appropriate for use, will you promise me that you will disregard those beliefs and apply only the law that the Judge tells you is appropriate?

Respectfully submitted,

/s/ Harvey S. Kauget
Harvey S. Kauget
Florida Bar No. 116254
Email: kaugeth@phelps.com
Eric R. Pellenbarg
Florida Bar No. 556610
Email: pellenbe@phelps.com
PHELPS DUNBAR LLP
100 S. Ashley Dr., Ste 1900
Tampa, FL 33602-5311
Phone: (813) 472-7599
Fax: (813) 472-7570
**COUNSEL FOR PLAINTIFF**