

Invoice

KAVA KAVA INTERNATIONAL
400 Racetrack Rd.
OLDSMAR, FL 34677
1-800-922-1644




| | |
|---|---|
| INVOICE NO.: | 0259628-IN |
| INVOICE DATE: | 12/10/2013 |
| ORDER NO.: | 0058469 |
| SALESPERSON: | 0111 |
| CUSTOMER NO.: | 07-7328250 |
| PHONE NO.: | ▮ |

**SOLD TO:**
▮
▮
WARWICK, RI  02889

**SHIP TO:**
▮
▮
WARWICK, RI  02889

CONFIRM TO:  ANDREW

| CUSTOMER P.O. | SHIP VIA | F.O.B. | TERMS |
|---|---|---|---|
| SALE | GROUND | | PREPAY |

| ITEM NO. | UNIT | ORDERED | SHIPPED | BACK ORDER | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| SQ-BCH13 SQUEEZE-BLACK CHERRY 13 OZ. | EACH | 200 | 200 | 0 | ▮ | ▮ |
| ML-SB13 MILLENNIUM-SOLID BLACK 13.5 | EACH | 1,000 | 1,000 | 0 | ▮ | ▮ |
| KK-PR67 KAVA - PURPLE RAIN 6.7 OZ | EACH | 1,076 | 1,076 | 0 | ▮ | ▮ |

00000000700018.00

UPS Tracking # -  ;

| | |
|---|---|
| Net Invoice: | $▮ |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| Invoice Total: | $▮ |
| Less Deposit: | ▮ |
| Invoice Balance: | $▮ |

#ATTORNEYS EYES ONLY   H&S#>>001965