UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HEALTH & SUN RESEARCH, INC.
D/B/A KAVA KAVA INTL. AND
VEGAS TAN,

    Plaintiff and Counterclaim Defendant,

v.                                      CASE NO.: 8:12-cv-02319-T-33MAP

AUSTRALIAN GOLD, LLC,

    Defendant and Counterclaim Plaintiff.
_____/

## VERDICT FORM

We, the jury, find by a preponderance of the evidence that:

**Section I.**     **Trademark Infringement- PURPLE RAIN**

**Validity**

1. Has Health & Sun ever owned rights in the PURPLE RAIN trademark that are entitled to protection?

    Answer Yes or No __Yes__

    If your answer to this question is "Yes" then you should go to question 2. If your answer is "No" then go to Section II.

2. Health & Sun currently owns protectable rights in the PURPLE RAIN trademark in the following geographic area(s).

    Answer ("none" or list geographic area(s)) – if more space is needed, write on the back of the form. __USA__

    If your answer to this question is "none" then go to Section II, otherwise go to question 3.

**Infringement**

3. Health & Sun used its PURPLE RAIN trademark in commerce prior to the date of first use of Australian Gold's trademark in the geographic area(s) where Health & Sun currently owns rights.

   Answer Yes or No __Yes__

   If your answer to this question is "Yes" then you should go to question 4. If your answer is "No" then go to Section II.

4. Australian Gold's use of its PURPLE REIGN trademark causes a likelihood of confusion with Health & Sun's PURPLE RAIN trademark in the geographic area(s) where Health & Sun currently owns rights.

   Answer Yes or No __Yes__

   If your answer to this question is "Yes" then go to question 5. If your answer is "No" then go to Section II.

**Remedies**

5. Australian Gold's conduct was willful and deliberate, Australian Gold was unjustly enriched, or an award is necessary to deter future conduct.

   Answer Yes or No __Yes__

   If your answer to this question is "Yes" then go to question 6. If your answer is "No" go to question 7.

6. Health & Sun is awarded Australian Gold's profits.

   Answer Yes or No __Yes__

   If your answer is "Yes," in what amount?

   $ __147,615__

7. Even though Health & Sun has not been awarded Australian Gold's profits, Health & Sun is awarded nominal damages.

   Answer Yes or No __No__

   If your answer is "Yes," in what amount?

   $ __N/A__

**Section II.    Trademark Infringement- ROYAL FLUSH**

**Validity**

8. Has Health & Sun ever owned rights in the ROYAL FLUSH trademark that are entitled to protection?

   Answer Yes or No ___Yes___

   If your answer is "Yes" then you should go to question 9. If your answer is "No" then proceed to Section III.

9. Health & Sun currently owns protectable rights in the ROYAL FLUSH trademark in the following geographic area(s).

   Answer ("none" or list geographic area(s)) – if more space is needed, write on the back of the form.

   _____NONE_____

   If your answer to this question is "none" then go to Section III, otherwise go to question 10.

**Infringement**

10. Health & Sun used its ROYAL FLUSH trademark in commerce prior to the date of first use of Australian Gold's trademark in the geographic area(s) where Health & Sun currently owns rights.

    Answer Yes or No _____

    If your answer to this question is "Yes" then go to question 11. If your answer is "No" then go to Section III.

11. Australian Gold's use of its ROYAL FLUSH trademark causes a likelihood of confusion with Health & Sun's ROYAL FLUSH trademark in the geographic area(s) where Health & Sun currently owns rights.

    Answer Yes or No _____

    If your answer to this question is "Yes" then go to question 12. If your answer is "No" then go to Section III.

**Remedies**



12.  Australian Gold's conduct was willful and deliberate, Australian Gold was unjustly enriched, or an award is necessary to deter future conduct.

   Answer Yes or No _____

   If your answer to this question is "Yes" then go to question 13. If your answer is "No" then go to question 14.

13.  Health and Sun is awarded Australian Gold's profits.

   Answer Yes or No _____

   If your answer is "Yes," in what amount?

   $_____

14.  Even though Health & Sun has not been awarded Australian Gold's profits, Health & Sun is awarded nominal damages.

   Answer Yes or No _____

   If your answer is "Yes," in what amount?

   $_____

**Section III.   Unfair Competition- PURPLE RAIN**

   If your answer to question 1 is "No" or if your answer to question 2 is "none" then go to Section IV, otherwise go to question 15.

15.  Australian Gold used its PURPLE REIGN trademark in commerce in connection with the sale, offering for sale or advertising of goods in the geographic area(s) where Health & Sun currently owns rights.

   Answer Yes or No __Yes__

   If your answer to this question is "Yes" then you should go to question 16. If your answer is "No" then go to Section IV.

16.  Australian Gold's use of the PURPLE REIGN trademark is likely to cause confusion, mistake or deceive consumers in the geographic area(s) where Health & Sun currently owns rights.

   Answer Yes or No __Yes__

   If your answer to this question is "Yes" then you should go to question 17. If your answer is "No" then go to Section IV.

17. Australian Gold's conduct was willful and deliberate, Australian Gold was unjustly enriched, or an award is necessary to deter future conduct.

    Answer Yes or No __Yes__

    If your answer to this question is "Yes" then go to question 18. If your answer is "No" then go to question 19.

18. Health & Sun is awarded Australian Gold's profits.

    Answer Yes or No __~~Yes~~ No__

    If your answer is "Yes," in what amount?

    $ __N/A__

19. Even though Health & Sun has not been awarded Australian Gold's profits, Health & Sun is awarded nominal damages.

    Answer Yes or No __No__

    If your answer is "Yes," in what amount?

    $ __N/A__

**Section IV.  Unfair Competition- ROYAL FLUSH**

If your answer to question 8 is "No" or if your answer to question 9 is "none" then go to Section V, otherwise go to question 20.

20. Australian Gold used its ROYAL FLUSH trademark in commerce in connection with the sale, offering for sale or advertising of goods in the geographic area(s) where Health & Sun currently owns rights.

    Answer Yes or No __No__

    If your answer to this question is "Yes" then you should go to question 21. If your answer is "No" then go to Section V.

21. Australian Gold's use of the ROYAL FLUSH trademark is likely to cause confusion, mistake or deceive consumers in the geographic area(s) where Health & Sun currently owns rights.

    Answer Yes or No _____

    If your answer to this question is "Yes" then you should go to question 22. If your answer is "No" then go to Section V.

- 5 -

22. Australian Gold's conduct was willful and deliberate, Australian Gold was unjustly enriched, or an award is necessary to deter future conduct.

    Answer Yes or No _____

    If your answer to this question is "Yes" then go to question 23. If your answer is "No" then go to question 24.

23. Health & Sun is awarded Australian Gold's profits.

    Answer Yes or No _____

    If your answer is "Yes," in what amount?

    $_____

24. Even though Health & Sun has not been awarded Australian Gold's profits, Health & Sun is awarded nominal damages.

    Answer Yes or No _____

    If your answer is "Yes," in what amount?

    $_____

**Section V.    Defenses**

25. Health & Sun ceased using the PURPLE RAIN trademark with the intent not to resume its use in the reasonably foreseeable future in one or more geographic areas.

    Answer Yes or No __NO__

    If "Yes," list geographic area(s) – if more space is needed, write on the back of the form.

    _____

26. Health & Sun ceased using the ROYAL FLUSH trademark with the intent not to resume its use in the reasonably foreseeable future in one or more geographic areas.

    Answer Yes or No __Yes__

    If "Yes," list geographic area(s) – if more space is needed, write on the back of the form.

    __USA__

27. Health & Sun delayed in asserting a right or a claim in its trademarks.

    Answer Yes or No __NO__

    If your answer to this question is "Yes" then you should go to question 28. If your answer is "No" then go to question 30.

~~28.~~ Health & Sun's delay was not excusable.

    Answer Yes or No _____

    If your answer to this question is "Yes" then you should go to question 29. If your answer is "No" then go to question 30.

~~29.~~ Australian Gold was prejudiced by Health & Sun's delay.

    Answer Yes or No _____

30. Health & Sun engaged in conduct that amounted to an assurance that it would not assert its trademark rights against Australian Gold.

    Answer Yes or No __NO__

    If your answer to this question is "Yes" then you should go to question 31. If your answer is "No" then go to question 33.

~~31.~~ Health & Sun's delay between the representation and assertion of the claim was not excusable.

    Answer Yes or No _____

    If your answer to this question is "Yes" then you should go to question 32. If your answer is "No" then go to question 33.

~~32.~~ Health & Sun's delay caused Australian Gold undue prejudice.

    Answer Yes or No _____

**Section VI.   Trademark Infringement Counterclaim- ROYAL FLUSH**

If you answered "No" to question 8 or "none" for specific geographic areas identified in response to question 9, then answer the questions in Section VI with respect to geographic areas where Health & Sun does NOT currently own protectable rights in the ROYAL FLUSH trademark. Otherwise, do not answer the questions in Section VI, which ends your deliberations and your foreperson should sign and date the verdict form.

33. Health & Sun's resumption of use of its ROYAL FLUSH trademark after Health & Sun abandoned its ROYAL FLUSH trademark caused a likelihood of confusion with Australian Gold's ROYAL FLUSH trademark.

    Answer Yes or No __Yes__

    If your answer to this question is "Yes" then go to question 34. If your answer to this question is "No" then this ends your deliberations and your foreperson should sign and date the verdict form.

34. Health & Sun's conduct was willful and deliberate, Health & Sun was unjustly enriched, or an award is necessary to deter future conduct.

    Answer Yes or No __Yes__

    If your answer to this question is "Yes," then go to question 35. If your answer is "No" then go to question 36.

35. Australian Gold is awarded Health & Sun's profits.

    Answer Yes or No __Yes__

    If your answer is "Yes," in what amount?

    $ __2,285.00__

36. Even though Australian Gold has not been awarded Health & Sun's profits, Australian Gold is awarded nominal damages.

    Answer Yes or No __No__

    If your answer is "Yes," in what amount?

    $ _____

This ends your deliberations, your foreperson should sign and date the verdict form.

SO SAY WE ALL.

Foreperson's signature __[signature]__

DATE: __1/17/14__

- 8 -